## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JAMES BAINES,  )
9404 Gwynndale Dr.  )   Case: 1:25-cv-00459 JURY DEMAND
Clinton, MD 20735  )   Assigned To : Reyes, Ana C.
  )   Assign. Date : 2/18/2025
  Plaintiff,  )   Description: Employ. Discrim. (H-DECK)
  )
v.  )   Case No.
  )
HUGH NATHANIAL HALPERN, DIRECTOR  )   DEMAND FOR JURY TRIAL
32 North Capitol Street NW.  )
Washington, DC 20401  )
  )
  Defendant.  )

### COMPLAINT

Mr. James Baines hereby sues the U.S. Government Publishing Office (GPO) for racial discrimination and retaliation and, in furtherance thereof, states as follows:

### NATURE OF ACTION

1. Mr. Baines brings this action against the GPO for violations of Title VII of the Civil Rights Act of 1964, including disparate treatment and overt discrimination based upon his race, as well as retaliation based upon Mr. Baines' complaints of disparate treatment and initiation of EEO proceedings.

### PARTIES

2. Mr. Baines is an individual and resident of the State of Maryland. Mr. Baines is black/African American.

3. The GPO is an agency of the federal government of the United States with its headquarters located at 732 North Capitol Street NW., Washington, DC 20401. Hugh Halpern is the Director of the GPO and the designated agency representative with respect to legal actions filed against the GPO.

RECEIVED
FEB 18 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## VENUE AND JURISDICTION

4. This Court has subject matter jurisdiction over this action because the Defendant is an agency of the United States of America and because Mr. Baines' claims arise under federal law.

5. Venue is appropriate in this Court because Mr. Baines GPO employment was based in the District of Columbia.

## PROCEDURAL HISTORY

6. Mr. Baines timely initiated proceedings before the GPO's Equal Opportunity Office in or around December of 2023.

7. On November 19, 2024, the GPO issued a Final Agency Decision and Notice of Right to Sue. Because the 90th day following issuance of this Notice fell on a public holiday, Mr. Baines' Complaint is timely.

## FACTS

8. Mr. Baines is a current employee of the GPO who has served within the agency's elevator maintenance shop since 2007.

9. Beginning in November of 2019, Mr. Baines and the majority of his colleagues in the elevator maintenance shop were not permitted to work overtime. Mr. Baines and his colleagues complained about this development, which went unaddressed for several years.

10. In 2023, unlike Mr. Baines, the GPO permitted Mr. Richard Mongello (Caucasian) to transfer to a GPO division where he was permitted to work overtime.

11. Mr. Mongello was less qualified than Mr. Baines and had significantly less tenure.

12. Further, Mr. Mongello had been reported to management for making a racially charged comment. However, Mr. Baines' two immediate supervisors (both Caucasian) not only failed

to discipline Mr. Mongello, but seemingly rewarded his behavior by permitting him to work overtime.

13. In July of 2023, Mr. Baines raised concerns of disparate treatment based on race during a meeting at which his immediate supervisors were present.

14. In December of 2023, Mr. Baines initiated administrative proceedings before the GPO's Equal Opportunity Office.

15. Around this time, Mr. Baines also secured an Escort assignment, through which his supervisor promised Mr. Baines would work around 20 hours of overtime per week by virtue of him being placed on "Team 2" of the Escort assignment (Escort Team 2).

16. In February of 2024, around the time Mr. Baines' supervisors learned about his protected activity, Mr. Baines was removed from Team 2 and placed on a different Escort Team that worked on an as needed basis, and was not entitled to overtime.

17. During phone discussions between management, Mr. Baines' supervisors stated that Mr. Baines should be removed from any overtime duties due to him having recently filed a claim against the GPO (referring to the Complaint of Discrimination filed with the EEO Office).

18. As a result of his supervisors' directives, Mr. Baines worked far less overtime than other colleagues assigned to an Escort duties who had not participated in protected EEO activity.

## COUNT I – DISCRIMINATION (TITLE VII)

19. Mr. Baines incorporates the above allegations by reference.

20. The GPO discriminated against Mr. Baines in December of 2023, when it permitted a less qualified white colleague, who had been reported for using racist language in the workplace, to transfer to a different division where he would be permitted to work overtime while depriving Mr. Baines of such opportunities.

21. Mr. Baines suffered damages in the form of lost overtime due to his non-selection for transfer to a division where overtime was available, as well as emotional distress.

## COUNT II – RETALIATION

22. Mr. Baines incorporates the above allegations by reference.

23. The GPO retaliated against Mr. Baines when failing to offer Mr. Baines the same opportunity as his less qualified, white colleague to transfer to a different division at which overtime work was available. This non-selection occurred shortly after Mr. Baines made complaints about disparate treatment based on race in a July of 2023, meeting.

24. The GPO retaliated against Mr. Baines for initiating EEO proceedings in December of 2023 when it removed him from Escort Team 2. Mr. Baines' supervisors cited his then-pending complaint as grounds to remove him from Escort Team 2.

25. Mr. Baines suffered damages in the form of lost overtime due to his removal from Escort Team 2, as well as emotional distress.

## RELIEF

1. Mr. Baines requests that this Court award him damages for his economic loss and emotional distress, in an amount no less than $150,000.00.

2. Mr. Baines requests that this Court grant him any such further relief that may be available given the GPO's violations of law as detailed above.

## JURY DEMAND

4

Mr. Baines requests a trial by jury on all issues so triable.

Date: February 18, 2025

*James Baines* (signature)

James Baines
9404 Gwynndale Dr.
Clinton, MD 20735
Phone: (301) 873-1425
Baines228@hotmail.com